# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated ) ) ) | CASE NUMBER: 2:21-cv-00078-JAM-CKD |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER TO APPOINT** |
| Y.Y.G.M. SA d/b/a BRANDY MELVILLE, ) a Swiss corporation; and DOES 1 to 10, ) inclusive, ) ) | **SPECIAL PROCESS SERVICE** |
| Defendants. ) ) | |

The request having been considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

APS International, Ltd., including its designated agents, are appointed and authorized to effect service of process on the defendant, Y.Y.G.M. SA d/b/a Brandy Melville, in Lugano, Switzerland.  Service shall be carried out according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated:  February 26, 2021          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE