**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Y.Y.G.M. SA d/b/a BRANDY MELVILLE, a Swiss Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00078-JAM-CKD<br><br>Hon. John A. Mendez<br>Courtroom 6<br><br>**ORDER EXTENDING PLAINTIFF'S DEADLINE TO SERVE COMPLAINT**<br><br>Complaint filed:  January 15, 2021<br>Trial Date:  None set |

IT IS HEREBY ORDERED THAT, Plaintiff's deadline to file and serve Defendant with complaint is hereby extended by 6 months having shown good cause.

IT IS SO ORDERED.

DATED: March 31, 2021          /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE