1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*


Keith J. Wesley, SBN 229276
kwesley@egcfirm.com
Lori Sambol Brody, SBN 150545
lbrody@egcfirm.com
**ELLIS GEORGE CIPOLLONE**
**O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
*Attorneys for Defendant Bastiat USA, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>BASTIAT USA, INC., d/b/a BRANDY MELVILLE a Nevada corporation; KONKAY BURRIKU, INC., d/b/a BRANDY MELVILLE a California corporation; and DOES 1 to 10, inclusive, Defendants<br><br>            Defendants. | Case No.: 2:21-cv-00078-JAM-CK<br><br>CLASS ACTION<br><br>Hon. John A. Mendez<br><br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)**<br><br>FAC Filed:    December 10, 2021<br>Trial Date:    None Set |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2059343.1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Valerie Brooks and Defendant Bastiat USA, Inc., d/b/a Brandy Melville  stipulate and jointly request that this Court enter a dismissal of the entire case, including all claims and causes of action as to all defendants, with prejudice. Each party shall bear her or its own fees and costs.


Dated: June 2, 2022                              **WILSHIRE LAW FIRM, PLC**


                                                 */s/ Thiago M. Coelho*
                                                 Thiago M. Coelho, Esq.
                                                 Binyamin I. Manoucheri, Esq.
                                                 *Attorneys for Plaintiff and*
                                                 *Proposed Class*

Dated: June 2, 2022                              **ELLIS GEORGE CIPOLLONE**
                                                 **O'BRIEN ANNAGUEY LLP**


                                                 */s/ Lori Sambol Brody*
                                                 Keith J. Wesley, Esq.
                                                 Lori Sambol Brody, Esq.
                                                 *Attorneys for Defendant Bastiat USA, Inc.*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 2, 2022                              **WILSHIRE LAW FIRM, PLC**


                                                 */s/ Thiago M. Coelho*
                                                 Thiago M. Coelho
                                                 *Attorneys for Plaintiff and*
                                                 *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137