1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>BASTIAT USA, INC., d/b/a BRANDY MELVILLE a Nevada corporation; KONKAY BURRIKU, INC., d/b/a BRANDY MELVILLE a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00078-JAM-CK<br><br>CLASS ACTION<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)**<br><br>FAC Filed:  December 10, 2021<br>Trial Date:  None Set |

2059353.1

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

1     IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Valerie Brooks and Defendant Bastiat USA, Inc., d/b/a Brandy Melville joint request that this Court enter a dismissal of the entire case, including all claims and causes of action as to all defendants, with prejudice, is GRANTED in full. Each party shall bear her or its own fees and costs.

    IT IS SO ORDERED.

DATED: June 2, 2022          /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE